UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAJON THOMAS, *On behalf of himself and all others similarly situated*,

                          Plaintiff,

-v-

MALIN+GOETZ *et al.*,

                          Defendants.

21 Civ. 4978 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This case has been reassigned from the Hon. Alison J. Nathan to this Court. The case management conference in this case, originally scheduled for June 10, 2022, at 3:45 p.m., is hereby rescheduled for June 27, 2022, at 4 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    The parties are further instructed to consult this Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, for the Court's rules on requesting, within 14 days of the close of fact discovery, that the pretrial conference serve as a pre-motion conference.

    SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: April 11, 2022
    New York, New York