UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAJON THOMAS, *On behalf of himself and all others similarly situated*,

                Plaintiff,

    -v-

MALIN+GOETZ *et al.*,

                Defendants.

21 Civ. 4978 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, the telephonic case management conference in this case, currently scheduled for June 27, 2022, at 4 p.m., is hereby rescheduled for July 6, 2022, at 3 p.m. All other instructions in this Court's order at docket number 33 remain in effect.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 22, 2022
       New York, New York