UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAJON THOMAS, *On behalf of himself and all others similarly situated*,

                              Plaintiff,

-v-

MALIN+GOETZ *et al.*,

                              Defendants.

21 Civ. 4978 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case management conference in this case, currently scheduled for August 22, 2022, is hereby rescheduled for September 20, 2022, at 2 p.m.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: August 9, 2022
        New York, New York

1