UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAJON THOMAS, *On behalf of himself and all others similarly situated*,

                Plaintiff,

-v-

MALIN+GOETZ *et al.*,

                Defendants.

21 Civ. 4978 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court reschedules the case management conference in this case, currently scheduled for September 20, 2022, for October 4, 2022, at 4 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 1, 2022
       New York, New York

1