UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAJON THOMAS, on behalf of himself and others similarly situated,

                    Plaintiff,

-against-

MALIN+GOETZ, et al.,

                    Defendants.

1:21-cv-04978 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHERES fact discovery closed on August 19, 2022 and expert discovery closed on August 26, 2022. ECF No. 41.

    WHERAS the pretrial conference scheduled for October 4, 2022 was adjourned by the Court on September 19, 2022. ECF No. 45.

    WHEREAS the parties report that they have previously requested, and the Court has granted, three discovery extension requests. *Id*.

    IT IS HEREBY ORDERED that the parties' belated request to enter a new Case Management Plan and extend the deposition, fact discovery, and expert discovery deadlines will be discussed at the next status conference.

    IT IS FURTHER ORDERED that counsel for all parties shall appear for a case management conference with the Court on **October 20, 2022 at 10:30 a.m.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

Dated: October 13, 2022
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge