

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

Laine A. Armstrong
Principal Attorney

laine@advocatesny.com

October 19, 2022

**By ECF**
Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Thomas v. Malin+Goetz, et al.*, **Case No. 21-cv-4978-JLR**

Dear Judge Rochon:

We represent Plaintiff in this matter and write to request an adjournment of the status conference scheduled for October 20, 2022 until October 24, 26, November 4, 9 or 11, whichever date and at a time convenient for the Court.

Plaintiff makes this letter motion as the undersigned, the attorney who will serve as principal trial counsel, is on paid family leave pursuant to NY WCL § 204, on Tuesdays, Thursdays and some Fridays though January 2023.  As such, the undersigned cannot be present at the October 20, 2022 hearing, which falls on a Thursday, as it is prohibited by law and because I will be the sole caretaker of a one-year old and therefore unable to provide the Court with my undivided attention.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

_____
Laine Alida Armstrong

cc:   Courtney Peterson, *via ECF*
      Laurie Belony, *via ECF*

Plaintiff's request for an adjournment does not comply with the Court's Individual Rule 1.F., including because it does not state whether the adversary consents to the request.  The parties have had notice of the conference since October 13, 2022 and there also is no emergency warranting the adjournment of a conference less than two business days prior to the appearance.  Notwithstanding this, the Court will GRANT the extension and reschedule the conference for **October 24, 2022** at 10am. The Court expects full compliance with all rules and deadlines.

New York, New York
Dated:  October 19, 2022

SO ORDERED
_____
JENNIFER L. ROCHON
United States District Judge