UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Rajon Thomas,

                              Plaintiff,

                -against-

Malin+Goetz et al.,

                              Defendants.

1:21-cv-04978 (JLR) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, November 3, 2022 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

Dated:     New York, New York
            October 28, 2022

                                                                 _____
                                                                 STEWART D. AARON
                                                                 United States Magistrate Judge